CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUN 11 2013

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| WILLIAM GREGORY BATTEN, | Civil Action No. 7:12cv00547 |
| Petitioner, | |
| v. | **§ 2254 FINAL ORDER** |
| HAROLD W. CLARKE, | By: Samuel G. Wilson |
| Respondent. | United States District Judge |

In accordance with the memorandum opinion entered on this date, it is hereby **ORDERED** and **ADJUDGED** that respondent's motion to dismiss is **GRANTED,** Batten's 28 U.S.C. § 2254 petition is **DISMISSED,** and this action is **STRICKEN** from the docket of the court. Further, finding that the petitioner has failed to make the requisite substantial showing of the denial of a constitutional right, as required by 28 U.S.C. § 2253(c), a certificate of appealability is **DENIED.**

The clerk is directed to send copies of this order and the accompanying memorandum opinion to petitioner.

**ENTER:** June 11, 2013.

_____
UNITED STATES DISTRICT JUDGE